**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH LUMPKIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CONNIE BISBEE et al., )<br>)<br>Defendants. )<br>) | 3:16-cv-00033-RCJ-VPC<br><br>**ORDER** |

Plaintiff Joseph Lumpkin is a prisoner in the custody of the Nevada Department of Corrections. He has sued five members of the Nevada Parole Board in this Court pursuant to 42 U.S.C. § 1983 for violations of his Fourteenth Amendment equal protection and due process rights by denying him parole based on an alleged unofficial policy of the chair to deny parole to sex offenders. The Court now screens the Complaint under 28 U.S.C. § 1915A and dismisses it. Parole board members "are entitled to absolute quasi-judicial immunity for decisions to grant, deny, or revoke parole because these tasks are functionally comparable to tasks performed by judges." *Swift v. California*, 384 F.3d 1184, 1189 (9th Cir. 2004) (internal quotation marks omitted).

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Complaint (ECF No. 1-1) is DISMISSED, without leave to amend, and the Application to Proceed in Forma Pauperis (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS SO ORDERED.

Dated this 18th day of July, 2016.

_____
ROBERT C. JONES
United States District Judge