**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH LUMPKIN, | ) |
| Plaintiff, | ) |
| v. | ) 3:16-cv-00033-RCJ-VPC |
| CONNIE BISBEE et al., | ) **ORDER** |
| Defendants. | ) |

**I.  DISCUSSION**

On July 18, 2016, this Court dismissed Plaintiff's complaint without leave to amend. (ECF No. 3). On November 21, 2016, Plaintiff filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). (ECF No. 5). The Court denies the motion.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for relief of judgment (ECF No. 5) is denied.

Dated: This 16th day of February, 2017.

_____
United States District Judge